In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00368-CV

_____

**JASPER'S WOODLANDS, L.P., JASPER'S MARKET STREET, LLC, H2R RESTAURANT HOLDINGS, LLC, ABACUS JASPER'S MANAGEMENT, LLC, CH RESTAURANT HOLDINGS, LLC, AND WILLIAM HYDE JR., Appellants**

**V.**

**IMI MSW LLC, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-02-02292-CV**

**MEMORANDUM OPINION**

Jasper's Woodlands, L.P., Jasper's Market Street, LLC, H2R Restaurant Holdings, LLC, Abacus Jasper's Management, LLC, CH Restaurant Holdings, LLC, and William Hyde Jr., Appellants, filed an unopposed motion to dismiss this appeal from a post-judgment turnover order. *See* Tex. R. App. P. 42.1(a)(1). Appellants

1

filed the motion before the appellate court issued a decision in the appeal. We grant

the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 27, 2025
Opinion Delivered August 28, 2025

Before Golemon, C.J., Wright and Chambers, JJ.